No. 90–756.  McKnight v. General Motors Corp.  C. A. 7th Cir.  Certiorari denied.

No. 90–795.  Toro v. Dugger, Secretary, Florida Department of Corrections, et al.  C. A. 11th Cir.  Certiorari denied.

No. 90–808.  Plesinski v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 90–811.  Stiles v. Blunt, Secretary of State of Missouri, et al.  C. A. 8th Cir.  Certiorari denied.

No. 90–818.  Richter, dba The Body Shop v. San Diego et al.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–841.  Taxacher v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 90–858.  Pittman et al. v. Sullivan, Secretary of Health and Human Services.  C. A. 8th Cir.  Certiorari denied.

No. 90–863.  Candelario v. Frank, Postmaster General of the United States.  C. A. 1st Cir.  Certiorari denied.

No. 90–877.  Dee et al. v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 90–935.  Cenvill Investors, Inc., fka Century Village East, Inc., et al. v. Condominium Owners Organization of Century Village East et al.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 90–959.  Simmons et al. v. Interstate Commerce Commission et al. (two cases).  C. A. 7th Cir.  Certiorari denied.

No. 90–964.  Seaboard Lumber Co. et al. v. United States.  C. A. Fed. Cir.  Certiorari denied.

No. 90–965.  McQueen v. Comptroller of Public Accounts of Texas et al.  C. A. 5th Cir.  Certiorari denied.